# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Up to $149,900 in Bank of America account number 325113647695, held in the name of Allstate Towing & Transport LLC

**SEIZURE WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

**CASE NO: 2:20-MJ-05667**

TO: **FEDERAL BUREAU OF INVESTIGATION** and any Authorized Officer of the United States, Affidavit(s) having been made before me by Federal Bureau of Investigation SPECIAL AGENT Heather Campbell who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Up to $149,900 in Bank of America account number 325113647695, held in the name of Allstate Towing & Transport LLC

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), (b) and §§ 982(a)(7), (b)(1), and 21 U.S.C. § 853(f)

**concerning a violation of Title 18 United States Code, Section(s)** § 1343 (Wire Fraud) and 18 U.S.C. § 1344 (Bank Fraud), both of which are specified unlawful activities as defined in 18 U.S.C. § 1956(c)(7), or are traceable to such property. To the extent that the Subject Funds are not the actual monies traceable to or involved in the illegal activities identified herein, the government alleges that these funds are identical property found in the same subject account(s) as the property traceable to or involved in the illegal activities, rendering them subject to forfeiture pursuant to U.S.C. § 984.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

**Bank of America, N.A.** is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant through a filing with the Clerk's Office. The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out above.

_____          Los Angeles, California_____
**Date and Time Issued**                **City and State**

Hon. Alicia G. Rosenberg, U. S. Magistrate Judge          _____
**Name and Title of Judicial Officer**                    **Signature of Judicial Officer**

AUSA Brent Whittlesey:lc

| RETURN | RE: Bank of America x 7695 Allstate Towing & Transport LLC | |
|---|---|---|
| DATE WARRANT RECEIVED<br>11/20/2020 | DATE AND TIME WARRANT EXECUTED<br>11/20/2020  3:40 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Kristen Kenley, attorney for Bank of America |

INVENTORY MADE IN THE PRESENCE OF
N/A

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

11/20/2020 - served warrant via email to Kristen Kenley, attorney representing Bank of America

12/3/2020 - Received cashier's check # 6198565092 in the amount of $74,557.79 from Bank of America via UPS.

**CERTIFICATION**

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.

Date: 12/3/2020

_Heather Campbell_
Executing Officer's Signature

Heather Campbell, Special Agent, FBI
Printed Name and Title

**BANK OF AMERICA**     **Cashier's Check**     No. 6198565092

Bank Of America, N.A.
San Antonio, Texas
National Legal Order Processing P111620000084
NBK7Q5Q

Void Over 90 Days

Void Over: $74557.79

BANK OF AMERICA    $74,557.79    ******$74,557.79

DATE
12/1/2020 7:41:48 AM

**PAY To The Order Of**    UNITED STATES MARSHALS SERVICE

Remitter: ALLSTATE TOWING & TRANSPORT LLC

*Two signatures required over $500,000.00*

⑆619856509⑆

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.