UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: UP TO $149,900 IN BANK OF AMERICA ACCOUNT NUMBER 325113647695. | No. 2:20-mj-05667 AGR<br><br>ORDER UNSEALING THE APPLICATION FOR SEIZURE WARRANT, SUPPORTING AFFIDAVIT AND SEIZURE WARRANT |

  The United States of America has applied *ex parte* for an order unsealing the Application, Affidavit and Seizure warrant filed in the instant matter.

  The referenced filings were ordered sealed pursuant to a sealing order entered on November 20, 2020, pending further Order of the Court.

  //

  //

Good cause appearing therefor, IT IS ORDERED:

The Application, Affidavit and Seizure warrant in the instant matter are ordered unsealed.

DATED: 3/29/2021

UNITED STATES MAGISTRATE JUDGE
Hon. Rozella A. Oliver

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/Brent A. Whittlesey
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2